| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**Community Intervention Services, Inc.**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
**45-4670532**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **200 Friberg Parkway**  **Westborough, MA 01581**  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Worcester**  County | **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  
**https://communityinterventionservices.com/**

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Community Intervention Services, Inc.**          Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__5511__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See attached schedule of affiliate cases**  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Community Intervention Services, Inc.**      Case number (*if known*) _____
   Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Community Intervention Services, Inc.**                              Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 5, 2021**
             MM / DD / YYYY

X  /s/ A. R. Calkins                              **Andrew R. Calkins**
   Signature of authorized representative of debtor    Printed name

   Title  **President, CEO**

**18. Signature of attorney**

X  **/s/ Michael J. Goldberg**                    Date  **January 5, 2021**
   Signature of attorney for debtor                     MM / DD / YYYY

   **Michael J. Goldberg 551869**
   Printed name

   **Casner & Edwards, LLP**
   Firm name

   **303 Congress Street**
   **Boston, MA 02210**
   Number, Street, City, State & ZIP Code

   Contact phone  **617-426-5900**     Email address  **goldberg@casneredwards.com**

   **551869 MA**
   Bar number and State

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 4

**Schedule of Affiliate Cases**

- Community Intervention Services, Inc.   [Lead Case]
- Community Intervention Services Holdings, Inc.
- South Bay Mental Health Center, Inc.
- Futures Behavior Therapy Center, LLC

## **SECRETARY'S CERTIFICATE**

I, Steven Loose, hereby certify that:

1.      I am the Secretary of Community Intervention Services, Inc. (the "Company"), a corporation organized under the laws of the State of Delaware.

2.      On December 23, 2020, the Company conducted a special meeting of its board of directors at which the board of directors, acting in accordance with the Company's articles of organization and by-laws and the governing provisions of Delaware corporate law, voted to adopt the resolutions set forth on attached Exhibit A (the "Resolutions").

3.      The Resolutions have not been modified or rescinded in any respect, and remain in full force and effect.

Dated: January 5, 2021

Steven Loose, Secretary

# Exhibit A

RESOLVED: That Community Intervention Services, Inc. (the "Company") commence a case under Chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case") with the United States Bankruptcy Court for the District of Massachusetts (the "Court") to facilitate a sale of certain of its assets (together with substantially all of the assets of South Bay Mental Health Center, Inc.) free and clear of liens, claims and interests and to address its obligations, and the obligations of its affiliates, to its creditors;

FURTHER
RESOLVED: That the Company, acting in its capacity as sole member of Futures Behavior Therapy Center, LLC ("Futures"), cause Futures to commence a case under Chapter 11 of the United States Bankruptcy Code (the "Futures Chapter 11 Case") with the Court to facilitate a sale of substantially all of Futures' assets free and clear of liens, claims and interests and to address its obligations to its creditors;

FURTHER
RESOLVED: That the Company and Futures each be, and is hereby authorized: (i) to prepare and file a petition for relief under Chapter 11 of the Bankruptcy Code; (ii) to file such petition, schedules and statements as may be necessary or appropriate in connection therewith; (iii) to perform its functions and duties as a debtor-in-possession pursuant to the applicable provisions of the Bankruptcy Code; (iv) to take such steps as may be necessary or appropriate to its Chapter 11 including, without limitation, negotiating or otherwise obtaining court authority for use of cash collateral, post-petition financing, the assumption or rejection of executory contracts and unexpired leases, the sale or other disposition of property other than in the ordinary course of business, and the investigation and prosecution of claims and causes of action held by its bankruptcy estate; (v) to negotiate, prepare and propose to creditors such Chapter 11 plan as may be feasible and in its and such creditors' best interests, or alternatively, to seek dismissal or conversion to Chapter 7 of the itsChapter 11 case in appropriate circumstances; (vi) to file any pleading appropriate or necessary in furtherance of the foregoing; and (vii) to execute such further documents and do such further acts as may be necessary or appropriate with respect to the foregoing;

FURTHER
RESOLVED: That the Company be and is hereby authorized to enter into that certain Asset Purchase Agreement expected to be executed on or about December 28, 2020 with SB Transitional Sub, LLC (the "SB Purchaser"), pursuant to which the SB Purchaser has agreed to purchase certain of the assets of the Company (together with substantially all of the assets of South Bay Mental Health Center, Inc.) for a purchase price of

1

$32,000,000, subject to the approval of the Bankruptcy Court in the Chapter 11 Case (the "SB/CIS APA");

FURTHER RESOLVED: That the Company be and is hereby authorized to cause Futures to enter into that certain Asset Purchase Agreement expected to be executed on or about December 28, 2020 with FBTC Transitional Sub, LLC (the "Futures Purchaser"), pursuant to which the Futures Purchaser has agreed to purchase substantially all of the assets of Futures for a purchase price of $7,500,000, subject to the approval of the Bankruptcy Court in the Futures Chapter 11 Case (the "Futures APA");

FURTHER RESOLVED: That the Company and Futures each be and is hereby authorized to retain the law firm of Casner & Edwards, LLP ("Casner") and Michael J. Goldberg, Esq., of that firm as counsel under general retainer to advise and represent such company in all proceedings commenced under or resulting from these resolutions, that each company compensate Casner for its services at its hourly rates in effect at the time such services are rendered, provided that each company may agree to pay a premium over or obtain a discount from such hourly rates by subsequent agreement with Casner, and to reimburse Casner in full for its cash disbursements and for such expenses as Casner customarily bills to its clients, and that such company is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention;

FURTHER RESOLVED: That the Company and Futures each be and is hereby authorized to retain the financial advisory and turnaround consulting firm of Getzler Henrich & Associates LLC ("Getzler") and David Campbell of that firm as financial advisor and turnaround consultant under general retainer to advise such company in all matters relating to the proceedings commenced under or resulting from these resolutions, that each company compensate Getzler for its services at its hourly rates in effect at the time such services are rendered, provided that each Company may agree to pay a premium over or obtain a discount from such hourly rates by subsequent agreement with Getzler, and to reimburse Getzler in full for its cash disbursements and for such expenses as Getzler customarily bills to its clients, and that each company is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention;

FURTHER RESOLVED: That the Company and Futures each be and is hereby authorized to retain the investment banking firm Duff & Phelps Securities, LLC ("D&P") and Eric Coburn of that firm as investment banker to advise the Company and Futures and to pursue on the Company's behalf such Sale Transaction, that

2

        the Company and Futures compensate D&P for its services and reimbursable expenses on such terms and conditions as each such company deems appropriate, and that each such company is hereby authorized to enter into such agreements as may be necessary or appropriate to effect such retention.

FURTHER RESOLVED:  That Andrew Calkins, Chief Executive Officer of the Company, and Matthew Lesniewski, Chief Financial Officer of the Company (each, an "Authorized Officer"), acting singly, be and hereby are authorized and directed, in the name of and on behalf of the Company or Futures, as applicable, and as its corporate act, to execute and deliver any and all documents, to make all such arrangements, to do and perform all such acts and things, to execute and deliver all such certificates and other instruments, and to do everything that each may deem necessary or appropriate in order to implement fully each and all of the foregoing resolutions, including the delegation of such foregoing authority to other officers and employees of the Company and Futures or to attorneys, financial advisors, accountants, or other professionals employed by the Company, the execution of any document or the doing of any act by the Authorized Officer or any such delegate in connection with such proceedings to be conclusively presumed to be authorized by this resolution; and

FURTHER RESOLVED:  That any action previously taken by the Authorized Officers in accordance with the foregoing resolutions be and hereby is ratified and approved in its entirety.

**Fill in this information to identify the case:**

Debtor name: Community Intervention Services, Inc., et. al (Jointly Administered cases)

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 5, 2021        X  /s/ A. R. Calkins
Signature of individual signing on behalf of debtor

Andrew R. Calkins
Printed name

President, CEO
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Community Intervention Services, Inc. ,et. al (Jointly Administered cases)** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Benefit Street Partners** 50 Kennedy Plaza Providence, RI 02903 | **Michael Frick** BSP-info@benefitstreepartners.com 212-588-6769 | **Loans** | | | | $30,616,650.12 |
| **OFS Capital Management** 10 S. Wacker Drive, Suite 2500 Chicago, IL 60606 | **Bradley Forest** bforrest@ofsmanagement.com 646-652-8488 | **Loans** | | | | $13,121,421.48 |
| **Capital One, National Association** as agent for itself and Fifth Third Bank 2 Bethesda Metro Cente PO BOX 7410110 Bethesda, MD 20814 | **Ivan Medarov** ivan.medarov@capitalone.com 301-634-3214 | **Loans** | | $48,708,644.51 | $39,500,000.00 | $9,208,644.51 |
| **Massachusetts Executive Office of Health and Human Services** 1 Ashburton Place Boston, MA 02108 | **Mike Levine** mike.levine@state.ma.us 857-278-1193 | **Trade debts** | | | | $7,806,697.00 |
| **McDermott Will & Emery LLP** 333 Avenue of the Americas Suite 300 Miami, FL 33131 | **Harris C. Siskind P.A.** hsiskind@mwe.com 305-347-6555 | **Vendor** | | | | $6,068,193.02 |
| **H.I.G Growth Partners** 500 Bolyston Street Boston, MA 02116 | **Steve Loose** sloose@higgrowth.com | **Fees / Expenses for PE Sponsor** | | | | $5,245,414.50 |

Debtor **Community Intervention Services, Inc.,et. al (Jointly Administered cases)** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **H.I.G Growth Partners** 500 Bolyston Street Boston, MA 02116 | **Steve Loose** sloose@higgrowth.com | **Junior Debt Provider** | | | | $2,177,836.72 |
| **State of MA Office of Attorney General** 1 Ashburton Place Boston, MA 02108 | **Kevin Lownds** kevin.lownds@state.ma.us 617-963-2227 | **Debts** | | | | $1,820,000.00 |
| **Goodwin Procter LLP** 100 Northern Avenue Boston, MA 02210 | **Michael Caplan** Mcaplan@goodwinlaw.com | **Vendor** | | | | $928,840.71 |
| **Internal Revenue Service** P.O. Box 7346 Philadelphia, PA 19101-7346 | 800-973-0424 | **Taxes** | | | | $846,090.94 |
| **CBIZ CMF Associates** 325 Chestnut Street, Suite 410 Philadelphia, PA 19160 | **Don Agee** dagee@cmfassociates.com 215-531-7500 | **Vendor** | | | | $169,000.00 |
| **LEGACY HERITAGE, LLC** c/o EASTPORT REAL ESTATE SERVICES 107 Audubon Road, Suite 2-301 Wakefield, MA 01880 | **Heather Hamilton** 781-890-5855 | **Landlord** | | | | $62,265.47 |
| **Northeast Arc Inc.** 1 Southside Road Danvers, MA 01923 | **Anne Dolan** 978-522-5417 | **Vendor** | | | | $45,000.00 |
| **RLDatix** 1 Yonge Street Suite 2300 Toronto Ontario M5E 1E5 CANADA | **Charisse de Souza-Pincente** 416-410-8456 x304 | **Vendor** | | | | $35,310.00 |
| **Behavioral Concepts Inc.** 345A Greenwood St Worcester, MA 01607 | **Tanya Rowe** tanya.rowe@learnbehavioral.com | **Vendor** | | | | $13,200.00 |
| **Beacon ABA Services, Inc.** 321 Fortune Blvd. Milford, MA 01757 | beaconspecialtyservices@hsmc.org 508-478-0207 | **Vendor** | | | | $8,000.00 |

Debtor **Community Intervention Services, Inc.,et. al (Jointly Administered cases)** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Visual Lease** **100 Woodbridge Center Drive** **Suite 200** **Woodbridge, NJ 07095** | **Kerilyn McAndrews** **Kmcandrews@visuallease.com** **732-596-8110 x468** | **Vendor** | | | | $7,500.00 |
| **Christine Martino-Fleming** **c/o Jeffrey Newman Law** **One Story Terrace** **Marblehead, MA 01945** | **Jeffrey A. Newman, Esq.** **jeffrey.newman1@gmail.com** **617-823-3217** | **Whistleblower lawsuit** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Christopher F. Egan and Marc R Verreault** **Westboro Two LLC** **116 Flanders Road, Suite 2000** **Westborough, MA 01581** | **Joseph Jenkins, Esq.** **508-898-3900** | **Landlord** | | | | $0.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## District of Massachusetts

In re: **Community Intervention Services, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Community Intervention Services Holdings, Inc.<br>200 Friberg Parkway<br>Westborough, MA 01581 | Common Stock | 100% | Common Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President, CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: January 5, 2021

Signature: *Andrew R. Calkins*

Andrew R. Calkins

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Massachusetts

In re   **Community Intervention Services, Inc.**   Debtor(s)

Case No.
Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Community Intervention Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Community Intervention Services Holdings, Inc.**
**200 Friberg Parkway**
**Westborough, MA 01581**

**H.I.G. Growth Partners-CIS, LLC**
**500 Boylston Street**
**20th Floor**
**Boston, MA 02116**

☐ None [*Check if applicable*]

January 5, 2021
Date

**/s/ Michael J. Goldberg**
**Michael J. Goldberg 551869**
Signature of Attorney or Litigant
Counsel for   **Community Intervention Services, Inc.**
**Casner & Edwards, LLP**
**303 Congress Street**
**Boston, MA 02210**
**617-426-5900 Fax:617-426-8810**
**goldberg@casneredwards.com**