

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>COMMUNITY INTERVENTION SERVICES, INC., *et al.*,<br>    Debtors | Ch. 11<br>21-40002-EDK<br><br>Jointly Administered |

## Proceeding Memorandum and Order

**MATTER:**
#9 Motion of Debtors for Authority to Sell substantially all assets of South Bay Mental Health Center, Inc. and certain assets of Community Intervention Services, Inc. including certain unexpired leases and executory contracts, pursuant to Sections 363 and 365 of the Bankruptcy Code, free and clear
#105 Objection to Assumption and Assignment of motor vehicle lease filed by Ford Motor Credit Company, LLC
#165 Amended Objection filed by Ford Motor Credit Company, LLC
#177 Objection filed by 80 Erdman Way, LLC
#181/#182 Objection and Rights Reservation filed by Oracle America, Inc.
#183 Objection filed by Victory Human Services

**Decision set forth more fully as follows:**
GRANTED; COUNSEL TO THE DEBTORS IS ORDERED TO SUBMIT TO edk@mab.uscourts.gov A PROPOSED ORDER, IN WORD FORMAT, MEMORIALIZING THE REMARKS MADE DURING THE HEARING HELD THIS DATE.

Dated: 3/4/2021

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge