Dated: 8/10/2021

GRANTED. NO OBJECTIONS HAVE BEEN FILED. THE HEARING ON THIS MOTION SET FOR AUGUST 12, 2021 IS CANCELED.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(CENTRAL DIVISION)

|  |  |
|---|---|
| In re:<br><br>COMMUNITY INTERVENTION SERVICES, INC., COMMUNITY INTERVENTION SERVICES HOLDINGS, INC., SOUTH BAY MENTAL HEALTH CENTER, INC., and FUTURES BEHAVIOR THERAPY CENTER, LLC<br><br>                                      Debtors. | Chapter 11<br><br>Case No. 21-40002-EDK<br><br>(Jointly Administered) |

## DEBTORS' MOTION FOR ORDER APPROVING STIPULATION REGARDING CLAIM OF CHRISTINE MARTINO-FLEMING

The debtors and debtors-in-possession Community Intervention Services, Inc. ("CIS"), Community Intervention Services Holdings, Inc. ("Holdings"), and South Bay Mental Health Center, Inc. ("South Bay" and, together with CIS and Holdings, the "Debtors"), in response to this Court's Order Regarding Deficient Filing [Doc. No. 279], hereby move this Court for an order (i) approving the Stipulation Regarding Claim of Christine Martino-Fleming filed on July 23, 2021 [Doc No. 275] (the "Stipulation"), or alternatively, (ii) determining that Court approval of the Stipulation is not required for the Stipulation to be effective.  In support of this Motion, the Debtors state as follows:

1. The Stipulation addresses the treatment of the $16.5 billion Qui Tam Claim[1] for purposes of voting on, and computing distributions on account of the Qui Tam Claim under, the Liquidating Plan.  The Stipulation does not resolve any pending adversary proceeding or contested matter.  The Stipulation does not involve the use of property of the Debtors'

---

[1] Capitalized terms used and not defined herein shall have the meanings ascribed to them in the Stipulation.